**Order entered January 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01235-CR

**JOHN CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-61603-N**

## ORDER

The Court **GRANTS** the State's motion for extension of time to file the State's brief. We

**ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.


/s/     LANA MYERS
        JUSTICE